**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEVONTE SMITH** **PLAINTIFF**
**ADC #170908**

**v.** **Case No. 4:24-cv-00756-LPR-BBM**

**JUDE OGBOZOR, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 8) and the Plaintiff's Objections (Doc. 10). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed on his retaliation claim against Sergeant Ogbozor, in his individual capacity, for events allegedly occurring on August 9, 2024.

2. Plaintiff's sexual-harassment, supervisory-liability, and official-capacity claims are DISMISSED without prejudice for failure to state a claim for relief.

3. The Clerk is directed to terminate James Gibson, Marshall Dale Reed, and John Doe as party Defendants.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] As to the claim that proceeds past screening, the Court emphasizes that a strong motion to dismiss and adversarial briefing could easily change its mind about the viability of this claim. Today's decision is made out of an abundance of caution and is not meant to prejudge a serious motion to dismiss.